Exhibit 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-446-599**

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025



---

## Title

| | |
|---|---|
| **Title of Work:** | Bright Floral wallpaper seamless vintage pattern I |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | February 19, 2014 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| • **Author:** | Maria Belyakova |
| **Pseudonym:** | Marusha Belle |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maria Belyakova |
| | Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Maria Belyakova |
| **Email:** | hello@marushabelle.com |
| **Address:** | Rua Sao Pedro do Areeiro, 10B, 3 |
| | Oeiras 2780-296 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 03, 2025 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-446-605

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title

**Title of Work:** Spring pattern of chameleons and tropical leaves and flowers

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 19, 2017
**Nation of 1st Publication:** Portugal

## Author

**Author:** Maria Belyakova
**Pseudonym:** Marusha Belle
**Author Created:** 2-D artwork
**Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-446-603

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Amazing pattern of cars, airplanes air balloons, flowers and butterflies |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | April 13, 2016 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| **Author:** | Maria Belyakova |
| **Pseudonym:** | Marusha Belle |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maria Belyakova |
| | Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Maria Belyakova |
| **Email:** | hello@marushabelle.com |
| **Address:** | Rua Sao Pedro do Areeiro, 10B, 3 |
| | Oeiras 2780-296 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 03, 2025 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-446-795

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 27, 2025

---

## Title

**Title of Work:** Colorful seamless pattern with cute retro cameras

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 24, 2014
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-446-611

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title
      **Title of Work:** Seamless pattern of happy snowmen

## Completion/Publication
      **Year of Completion:** 2016
      **Date of 1st Publication:** October 25, 2016
      **Nation of 1st Publication:** Portugal

## Author
      •   **Author:** Maria Belyakova
      **Pseudonym:** Marusha Belle
      **Author Created:** 2-D artwork
      **Citizen of:** Russia

## Copyright Claimant
      **Copyright Claimant:** Maria Belyakova
      Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions
      **Name:** Maria Belyakova
      **Email:** hello@marushabelle.com
      **Address:** Rua Sao Pedro do Areeiro, 10B, 3
      Oeiras 2780-296 Portugal

## Certification
      **Name:** David Denholm
      **Date:** March 03, 2025

Page 1 of 2



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-446-778

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 27, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Seamless pattern with floral skulls I |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | May 15, 2014 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| **Author:** | Maria Belyakova |
| **Pseudonym:** | Marusha Belle |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maria Belyakova |
| | Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Maria Belyakova |
| **Email:** | hello@marushabelle.com |
| **Address:** | Rua Sao Pedro do Areeiro, 10B, 3 |
| | Oeiras 2780-296 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 03, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-446-799

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 27, 2025

## Title

**Title of Work:** Awesome floral pattern go bright flowers, plants, branches and graphic elements

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 10, 2015
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-446-597

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title

**Title of Work:** Happy Mother's Day beautiful greeting card

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 24, 2013
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-446-781

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 27, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Seamless pattern of cute deer and flowers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | November 15, 2016 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | | |
|---|---|---|
| • | **Author:** | Maria Belyakova |
| | **Pseudonym:** | Marusha Belle |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maria Belyakova |
| | Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Maria Belyakova |
| **Email:** | hello@marushabelle.com |
| **Address:** | Rua Sao Pedro do Areeiro, 10B, 3 |
| | Oeiras 2780-296 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 03, 2025 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-446-602

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Beautiful floral seamless pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | April 09, 2015 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| • **Author:** | Maria Belyakova |
| **Pseudonym:** | Marusha Belle |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maria Belyakova |
| | Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Maria Belyakova |
| **Email:** | hello@marushabelle.com |
| **Address:** | Rua Sao Pedro do Areeiro, 10B, 3 |
| | Oeiras 2780-296 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 03, 2025 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-450-632**

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
June 30, 2025

## Title

**Title of Work:** Beautiful greeting card Happy mother's day

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** June 16, 2014
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-446-608**

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title

**Title of Work:** Bright and adorable pattern of sugar skulls, flowers and birds in folk style

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 17, 2016
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-446-607

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Bright Floral wallpaper seamless vintage pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | August 09, 2017 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| • **Author:** | Maria Belyakova |
| **Pseudonym:** | Marusha Belle |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maria Belyakova |
| | Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Maria Belyakova |
| **Email:** | hello@marushabelle.com |
| **Address:** | Rua Sao Pedro do Areeiro, 10B, 3 |
| | Oeiras 2780-296 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 03, 2025 |

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-446-782**

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 27, 2025

---

## Title

**Title of Work:** Bright illustration of Skull and poppies wreath. Colorful Day of the Dead card

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 29, 2016
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-450-637

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
June 30, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Christmas seamless pattern in bright colors |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | September 24, 2015 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| **Author:** | Maria Belyakova |
| **Pseudonym:** | Marusha Belle |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maria Belyakova |
| | Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Maria Belyakova |
| **Email:** | hello@marushabelle.com |
| **Address:** | Rua Sao Pedro do Areeiro, 10B, 3 |
| | Oeiras 2780-296 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 03, 2025 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-446-609

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title

**Title of Work:** Floral Retro Seamless pattern

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 07, 2013
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



## Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-446-612

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

---

### Title

| | |
|---|---|
| **Title of Work:** | Seamless pattern of ornamental boho feathers |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | May 22, 2016 |
| **Nation of 1st Publication:** | Portugal |

### Author

| | |
|---|---|
| **Author:** | Maria Belyakova |
| **Pseudonym:** | Marusha Belle |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maria Belyakova |
| | Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal |

### Rights and Permissions

| | |
|---|---|
| **Name:** | Maria Belyakova |
| **Email:** | hello@marushabelle.com |
| **Address:** | Rua Sao Pedro do Areeiro, 10B, 3 |
| | Oeiras 2780-296 Portugal |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 03, 2025 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-450-629

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
June 30, 2025

## Title

**Title of Work:** Seamless pattern with raven's and peacock's feathers

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 02, 2014
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-446-610

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title

**Title of Work:** Illustration of Skull and Flowers, Day of The Dead

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 23, 2015
**Nation of 1ˢᵗ Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-450-643**

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
June 30, 2025

## Title

**Title of Work:** Cool fashionable pattern of hearts and graffiti elements in bright colors

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 05, 2015
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-625

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
June 30, 2025

## Title

**Title of Work:** Day of The Dead colorful Skull with floral wreath

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** May 26, 2014
**Nation of 1st Publication:** Portugal

## Author

**Author:** Maria Belyakova
**Pseudonym:** Marusha Belle
**Author Created:** 2-D artwork
**Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-446-606

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title

**Title of Work:** Seamless pattern of flying pigs

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 22, 2015
**Nation of 1st Publication:** Portugal

## Author

- **Author:** Maria Belyakova
  **Pseudonym:** Marusha Belle
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Belyakova
Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal

## Rights and Permissions

**Name:** Maria Belyakova
**Email:** hello@marushabelle.com
**Address:** Rua Sao Pedro do Areeiro, 10B, 3
Oeiras 2780-296 Portugal

## Certification

**Name:** David Denholm
**Date:** March 03, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-446-780

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 27, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Beautiful floral seamless pattern of bird and flowers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 22, 2016 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| • **Author:** | Maria Belyakova |
| **Pseudonym:** | Marusha Belle |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maria Belyakova |
| | Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Maria Belyakova |
| **Email:** | hello@marushabelle.com |
| **Address:** | Rua Sao Pedro do Areeiro, 10B, 3 |
| | Oeiras 2780-296 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 03, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-446-776

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
May 27, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Seamless pattern with sweet cakes, coffee and other cute things I love coffee - beige |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 28, 2013 |
| **Nation of 1st Publication:** | Portugal |

## Author

| | |
|---|---|
| • **Author:** | Maria Belyakova |
| **Pseudonym:** | Marusha Belle |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maria Belyakova |
| | Rua Sao Pedro do Areeiro, 10B, 3, Oeiras, 2780-296, Portugal |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Maria Belyakova |
| **Email:** | hello@marushabelle.com |
| **Address:** | Rua Sao Pedro do Areeiro, 10B, 3 |
| | Oeiras 2780-296 Portugal |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2

