**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Maria Belyakova

                                                     Plaintiff,

v.                                                              Case No.:
                                                                1:25−cv−15611

                                                                Honorable Lindsay C.
                                                                Jenkins

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 8, 2026:

        MINUTE entry before the Honorable Lindsay C. Jenkins: The motion for
expedited discovery and electronic service [17] is granted. Separate order to issue. Mailed
notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.